## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**DARRELL L. JACKSON,**

    **Plaintiff,**

**v.**                                  **CASE NO. 5:11-cv-368-RS-GRJ**

**R.K. CUTCHINS, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 4).

No objections have been filed.

**IT IS ORDERED:**

1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.    The case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3.    The clerk is directed to close the case.

**ORDERED** on December 28, 2011.

                         /S/ Richard Smoak
                         **RICHARD SMOAK**
                         **UNITED STATES DISTRICT JUDGE**